### 6535. JONES *v.* THE STATE.

BROYLES, J. 1. Presumptively a "pressing club," where clothes are pressed for a monetary consideration, is a "place of business" where the public are invited, at least impliedly, to come and transact business with the owner or manager, and, accordingly, it is such a public place of business as is contemplated in the statute which forbids keeping on hand at one's place of business intoxicating liquors. *Roberts* v. *State, 4 Ga. App.* 207 (4) (60 S. E. 1082); *Jenkins* v. *State, 4 Ga. App.* 859 (62 S. E. 574); *Land* v. *State, 5 Ga. App.* 98 (62 S. E. 665).

2. The evidence authorized the verdict; no error of law appears, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED SEPTEMBER 17, 1915.

Indictment for sale of liquor; from Calhoun superior court— Judge Cox. April 10, 1915.

*Calhoun & Askew,* for plaintiff in error.

*R. C. Bell, solicitor-general, F. A. Hooper,* contra.